**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BARBARA GRAY and VENUS PERRY,

    Plaintiffs,

v.                                        CASE NO: 8:07-cv-1193-T-26MAP

HESS CORPORATION,

    Defendant.
_____/

**O R D E R**

Upon due consideration of Defendant's counsel's representations contained in the motion to compel, it is ordered and adjudged that counsel for Plaintiff Barbara Gray shall show cause in writing on or before April 4, 2008, why the case against that Plaintiff should not be dismissed pursuant to Local Rule 3.10 for failure to prosecute. The Motion to Compel (Dkt. 12) is denied without prejudice to being renewed depending on Plaintiff's counsel response and any subsequent action taken by the Court following the response.

**DONE AND ORDERED** at Tampa, Florida, on March 27, 2008.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record